THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INGO SELCHOW,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　　　　　　Defendant. | No. C05-5683RBL<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT** |

　　　　Pursuant to Fed. R. Civ. P. 15(a), plaintiff Ingo Selchow moves for an order permitting him to file his Amended Complaint. Plaintiff has conferred with defendant and has received defendant's consent to his filing of the Amended Complaint, as indicated below.

　　　　DATED this 2nd day of November, 2006.

| | |
|---|---|
| ATER WYNNE LLP | MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C. |
| By: /s/ Kathy L. Feldman | By: /s/ Lynn R. Nakamoto |
| Kathy L. Feldman, WSBA #15273<br>Attorneys for Defendant | Lynn Nakamoto, *pro hac vice*<br>Attorneys for Plaintiff |

1 - **STIPULATED MOTION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT**
*Selchow v. Hewlett-Packard Co.*, No. C05-5683RBL

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

## ORDER

It is hereby ORDERED that plaintiff may file his Amended Complaint pursuant to the stipulation of the parties.

DATED this 3rd day of November, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**