The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

INGO SELCHOW,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

Case No.  C05-5683RBL

**STIPULATED MOTION AND ORDER
TO EXTEND FILING DEADLINE FOR DISCOVERY
MOTIONS**

## I. STIPULATED MOTION

Pursuant to CR 16(g), the parties to this action, through their undersigned counsel, hereby stipulate and request that the Court extend the current deadline for filing discovery motions of December 11, 2006 to December 14, 2006.  In support of this request, the undersigned counsel for plaintiff notes that a continuance is needed because the parties have not yet conferred on portions of the motion, and as managing shareholder of her firm she has been preparing for a year-end meeting to occur today, December 11, 2006.  The extension would allow counsel to confer prior to the motion being filed.

- 1   **STIPULATED MOTION AND ORDER TO EXTEND FILING DEADLINE FOR DISCOVERY MOTIONS**
*Selchow v. Hewlett-Packard Co.*, No. C05-5683RBL

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON  97204-3730
(503) 295-3085

The parties respectfully request that the Court issue a Revised Order Setting Case Schedule.

DATED this 11th day of December, 2006.

| ATER WYNNE LLP | MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C. |
|---|---|
| By: /s/  Kathy Feldman | By:  /s/ Lynn R. Nakamoto |
| Kathy L. Feldman, WSBA #15273<br>Attorneys for Defendant | Lynn R. Nakamoto, OBS#88087<br>*Pro Hac Vice*<br>Attorneys for Plaintiff |

## II. ORDER

It is so ordered.  The deadline for discovery motions is reset to December 14, 2006.

DATED: December 15, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

SELC\120040

**CERTIFICATE OF SERVICE**