THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INGO SELCHOW,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　　　　　　　Defendant. | No. C05-5683RBL<br><br>**STIPULATED MOTION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a), plaintiff Ingo Selchow moves for an order permitting him to file his Second Amended Complaint. Plaintiff has conferred with defendant and has received defendant's consent to his filing of the Second Amended Complaint, as indicated below.

DATED this 8th day of January, 2007.

| ATER WYNNE LLP | MARKOWITZ, HERBOLD, GLADE & MEHLHAF, P.C. |
|---|---|
| By: *s/ Kathy L. Feldman* | By: *s/ Lynn R. Nakamoto* |
| Kathy L. Feldman, WSBA #15273<br>Attorneys for Defendant | Lynn Nakamoto, *pro hac vice*<br>Attorneys for Plaintiff |

1 -   STIPULATED MOTION AND ORDER FOR LEAVE TO FILE SECOND
        AMENDED COMPLAINT
        *Selchow v. Hewlett-Packard Co., No. C05-5683RBL*

MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

## ORDER

It is hereby ORDERED that plaintiff may file his Second Amended Complaint pursuant to the stipulation of the parties.

DATED this 9th day of January, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**